1  BUCHALTER NEMER
   A Professional Corporation
2  JASON E. GOLDSTEIN (SBN: 207481)
   18400 Von Karman Avenue, Suite 800
3  Irvine, CA 92612-0514
   Telephone: (949) 760-1121
4  Facsimile: (949) 720-0182
   Email: jgoldstein@buchalter.com
5
   Attorneys for Defendant
6  SCHOOLSFIRST FEDERAL CREDIT UNION

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 WARREN LAROSE, III,                    Case No.   **SACV11-01691 CJC (ANx)**

12         Plaintiff,                      **NOTICE OF REMOVAL TO
                                           UNITED STATES DISTRICT
13    vs.                                  COURT UNDER 28 U.S.C. SECTION
                                           1441(B)**
14 SCHOOLSFIRST FEDERAL
   CREDIT UNION,
15
           Defendant.
16

17

18     **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT**

19 **FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL INTERESTED**

   **PARTIES AND THEIR COUNSEL OF RECORD:**
20
       **PLEASE TAKE NOTICE** that Defendant SchoolsFirst Federal Credit
21
   Union ("SchoolsFirst") hereby removes the above-captioned action, Case No.: 30-
22
   2011-00517166-SC-SC-NJC, Superior Court of the State of California in and for
23
   the County of Orange, to the United States District Court for the Central District of
24
   California.  Removal is pursuant to 28 U.S.C. Sections 1441 and 1446, and is based
25
   upon federal question jurisdiction.
26
       As grounds for removal, SchoolsFirst states as follows:
27

28

## THE FILING OF THE COMPLAINT

1.     On October 21, 2011, Plaintiff Warren LaRose, III ("Plaintiff") filed an action in the Superior Court of the State of California in and for the County of Orange, entitled Warren LaRose, III v. SchoolsFirst Federal Credit Union, as Case No.: 30-2011-00517166-SC-SC-NJC.  A true and correct copy of the Complaint is attached hereto as Exhibit "1."

## THE FACE OF THE COMPLAINT DEMONSTRATES A FEDERAL QUESTION

2.     The Complaint alleges, *inter alia*, that SchoolsFirst allegedly violated 15 U.S.C. 1692f, Section 808 and 15 U.S.C. 1692h, Section 810.  *See* Exhibit "1", ¶ 3a.  Consequently, it appears from the face of the Complaint that the Court is presented with a federal question.

## THIS COURT HAS ORIGINAL JURISDICTION OVER THE FAIR DEBT COLLECTION PRACTICES CLAIMS

3.     This is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by SchoolsFirst under the provisions of 28 U.S.C. §§ 1441(b) and 1446 in that it arises under, at a minimum, the Fair Debt Collection Practices Act.

## THE COMPLAINT WAS SERVED ON OCTOBER 21, 2011

4.     Plaintiff served SchoolsFirst with the Complaint on October 21, 2011. Accordingly, this Notice Of Removal, and this removal, is timely as it is within 30 days of SchoolsFirst's notice of this lawsuit.

## NOTICE OF THIS REMOVAL IS PROVIDED TO THE STATE COURT

5.     Attached hereto as Exhibit "2" is a copy of the "Notice of Filing of Notice of Removal," which SchoolsFirst will promptly serve upon Plaintiff, and will promptly file with the Clerk of the Orange County Superior Court.  *See* 28 U.S.C. §§ 1446(a), (d).

## OTHER PLEADINGS RELATED TO THIS CASE

6.     Attached hereto as Exhibit "3" is a copy of the Subpoena to Brenda Phillips of SchoolsFirst, which was never personally served on Ms. Phillips, but was emailed to counsel for SchoolsFirst.

WHEREFORE, SchoolsFirst prays that the above-entitled action now pending in the Superior Court of the State of California in and for the County of Orange, be removed to this Court pursuant to 28 U.S.C. §1441(b).

DATED: November 3, 2011

Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation


By:_____
        JASON E. GOLDSTEIN
        Attorneys for Defendant
    SCHOOLSFIRST FEDERAL CREDIT
                UNION

EXHIBIT 1

# SC-100

## Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

**FILED**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

**10/21/2011**

ALAN CARLSON, Clerk of the Court
By: Lea Edwards, Deputy

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.

- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

- If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**

Orange

1275 N. Berkeley Ave
Fullerton , CA 92838

*Clerk fills in case number and case name:*

**Case Number:**

30-2011-00517166-SC-SC-NJC

**Case Name:**

LaRose vs. SchoolsFirst Federal Credit Union

## Order to Go to Court

The people in ① and ② **must go to court:** *(Clerk fills out section below.)*

| Trial Date | | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|---|
| | 1. | 11/21/2011 | 08:30:00 AM | N16 | |
| | 2. | | | | |
| | 3. | | | | |

Date: _____ 10/21/2011 _____    Clerk, by _____ *Lea Edwards* _____ , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.

- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*

- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.

- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2011, Mandatory Form
Code of Civil Procedure, §116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 1 →

① **The Plaintiff** (the person, business, or public entity that is suing) is:
Name: Warren LaRose, III                                          Phone: 714-702-0627

Street address: _____
                              *Street*                    *City*              *State*      *Zip*

Mailing address (*if different*): 537 S Laurel Avenue, Brea, CA 92821
                                              *Street*                    *City*              *State*      *Zip*

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____   Phone: _____

Street address: _____
                              *Street*                    *City*              *State*      *Zip*

Mailing address (*if different*): _____
                                              *Street*                    *City*              *State*      *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

② **The Defendant** (the person, business, or public entity being sued) is:
Name: SchoolsFirst Federal Credit Union                          Phone: 714-258-4000

Street address: _____
                              *Street*                    *City*              *State*      *Zip*

Mailing address (*if different*): 2115 N Broadway, Santa Ana, CA 92706
                                              *Street*                    *City*              *State*      *Zip*

**If more than one Defendant, list next Defendant here:**
Name: _____   Phone: _____

Street address: _____
                              *Street*                    *City*              *State*      *Zip*

Mailing address (*if different*): _____
                                              *Street*                    *City*              *State*      *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

③ **The Plaintiff claims the Defendant owes $** 3,407.93 **.** (*Explain below*):
a. Why does the Defendant owe the Plaintiff money? Overpayment on pay-off on 2nd mortgage dated
05/08/2008 misapplied.  Violation of 15 USC 1692f Sec. 808.  Unfair practices (unconscionable
collections practices).  Violation of 15 USC 1692h Sec. 810.  Multiple debts (misapplication of
payments).

b. When did this happen? (*Date*): 09/03/2009

If no specific date, give the time period: Date started: _____ Through: _____

c. How did you calculate the money owed to you? (*Do not include court costs or fees for service.*)
Through account history provided by SFFCU and by acknowledgement of misapplication of money by
SFFCU employee.

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2011

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 2
→

Plaintiff (list names): Warren LaRose, III

Case Number: 30-2011-00517166-SC-SC-NJC

(4) **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.**
**Have you done this?** [X] Yes [ ] No
*If no, explain why not:* _____

(5) **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. [X] (1) Where the Defendant lives or does business. (4) Where a contract (written or spoken) was made,
    (2) Where the Plaintiff's property was damaged.     signed, performed, or broken by the Defendant *or*
    (3) Where the Plaintiff was injured.     where the Defendant lived or did business when
    the Defendant made the contract.

b. [ ] Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim
    is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc.,*
    *§ 395(b).)*

c. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about
    a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle
    is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. [ ] Other *(specify):* _____

(6) **List the zip code of the place checked in (5) above** *(if you know):* 92821

(7) **Is your claim about an attorney-client fee dispute?** [ ] Yes [X] No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* [ ]

(8) **Are you suing a public entity?** [ ] Yes [ ] No
*If yes, you must file a written claim with the entity first.* [ ] *A claim was filed on (date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

(9) **Have you filed more than 12 other small claims within the last 12 months in California?**
[ ] Yes [X] No *If yes, the filing fee for this case will be higher.*

(10) **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in
California during this calendar year.
I declare, under penalty of perjury under California State law, that the information above and on any attachments to
this form is true and correct.

Date: 10/21/2011      Warren LaRose, III
                *Plaintiff types or prints name here*           *Plaintiff signs here*

Date: _____
                *Second Plaintiff types or prints name here*      *Second Plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services
are available if you ask at least 5 days before the trial. Contact the clerk's office for Form
MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, §54.8.)*

**SC-100** **Information for the Defendant** (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.
You are the Defendant -- the person being sued. The person who is suing you is the Plaintiff.

**Do I need a lawyer?**
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?**
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

**What if I need an accommodation?**
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?**
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

**Where can I get the court forms I need?**
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

**What happens at the trial?**
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?**
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal.* You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

Revised January 1, 2011

**Do I have options?**
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.

- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim.* There are strict filing deadlines you must follow.

- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*

- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*

- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

(714) 571-5277 or (800) 963-7717

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

**Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)

La "Corte de reclamos menores" es una corte especial donde se decide casos por $5,000 a menos. Una persona "natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

## ¿Necesito un abogado?

Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

## ¿Cómo me preparo para ir a la corte?

No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en: *www.courtinfo.ca.gov/selfhelp/espanol/ reclamosmenores/prepararse.htm*

## ¿Qué hago si necesito una adaptación?

Si tiene una discapacidad con impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

## ¿Qué pasa si no hablo inglés bien?

Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

## ¿Dónde puedo obtener los formularios de la corte que necesito?

Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en: *www.courtinfo.ca.gov/forms*

## ¿Qué pasa en el juicio?

El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

## ¿Qué pasa si pierdo el caso?

Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/ apelar.htm*

## ¿Tengo otras opciones?

Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que la corte es la equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir por qué hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

## ¿Qué hago si necesito más tiempo?

Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio.)

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

(714) 571-5277 or (800) 963-7717

O vea "Información por condado" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

Revisado January 1, 2011

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores
(Reclamos Menores)**

SC-100, Page 5

**SC-104   Proof of Service**

Use this form to serve a **person**, a **business**, or a **public entity**. To learn more about proof of service, read *What Is "Proof of Service"?*, Form SC-104B. To learn more about how to serve a business or entity, read *How to Serve a Business or Public Entity*, Form SC-104C.

To serve a **business**, you must serve **one** of the following people:
- Owner (for a sole proprietorship)
- Partner (for a partnership) or general partner (for a limited partnership)
- Any officer or general manager (corporation or association)
- Any person authorized for service by the business (corporation, association, general partnership, limited partnership)
- Any person authorized for service with the Secretary of State (corporation, association, limited liability company [LLC], limited liability partnership [LLP], limited partnership)

To serve a **public entity**, you must first file a claim with that entity, then serve **one** of the following people:
- Clerk (of a city or county)
- Chief officer or director (of a public agency)
- Any person authorized for service by the entity

**(1)** a. If you are serving a **person**, write the person's name below:

_____

b. If you are serving a **business** or **entity**, write the name of the business or entity, the person authorized for service, and that person's job title:
SchoolsFirst Federal Credit Union
_____
Business or Agency Name

John Barton                    Senior Vice President
_____
Person Authorized for Service          Job Title

**(2)** **Instructions to Server:**
You must be at least 18 years old and **not be named in this case.** Follow these steps:
- Give a copy of all the documents checked in **(3)** to the person in **(1)**, *or*
- Give a copy of all the documents checked in **(3)** to one of the following people:
  - a. A competent adult (at least 18) living with, and at the home of the person in **(1)**, *or*
  - b. An adult (at least 18) who seems to be in charge at the usual workplace of the person in **(1)**, *or*
  - c. An adult (at least 18) who seems to be in charge where the person in **(1)** usually receives mail (but not a U.S. Post Office box), if there is no known physical address for the person in **(1)**.
  *and* mail a copy of the documents left with one of the adults in a, b, or c above to the person in **(1)**.

THEN
- Complete and sign this form, and
- Give or mail your completed form to the person who asked you to serve these court papers, *in time for the form to be filed with the court at least 5 days before the hearing.*

**(3)** **I served the person in (1) a copy of the documents checked below:**
a. ☑ SC-100, *Plaintiff's Claim and ORDER to Go to Small Claims Court*
b. ☐ SC-120, *Defendant's Claim and ORDER to Go to Small Claims Court*
c. ☐ Order for examination *(This form must be personally served. Check the form that was served):*
   *Note: The court can issue a civil arrest warrant if the served party does not come to court only if the order for examination was personally served by a registered process server, sheriff, marshal, or someone appointed by the court.*
   (1) ☐ SC-134, *Application and Order to Produce Statement of Assets and to Appear for Examination*
   (2) ☐ AT-138/EJ-125, *Application and Order for Appearance and Examination*
d. ☐ Other *(specify):* _____

---

**Clerk stamps date here when form is filed.**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

**OCT 21 2011**

ALAN CARLSON Clerk of the Court

BY _____ , DEPUTY

*Fill in court name and street address:*
**Superior Court of California, County of Orange**
1275 N. Berkeley Ave
Fullerton, CA 92838

*Fill in case number, case name, hearing date, day, time, and department below:*

| Case Number: | |
|---|---|
| 30-2011-00517166-SC-SC-NJC | |
| Case Name: LaRose vs. SchoolsFirst Federal Credit Union | |
| Hearing Date: 11/21/2011 | |
| Time: 08:30 a.m. | Dept: N16 |

---

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2009, Optional Form
Code of Civil Procedure, §§ 116.340, 415.10, 415.20

**Proof of Service**
**(Small Claims)**

SC-104, Page 1 of 2  →

Case name: LaRose vs. SchoolsFirst Federal Credit Union

Case Number: 30-2011-00517168-SC-SC-NJC

**(4)** **Fill out "a" or "b" below:**

a. ☐ **Personal Service:** I personally gave copies of the documents checked in ③ to the person in ①:

On *(date):* _____ At *(time):* _____ ☐ a.m. ☐ p.m.

At this address: _____

City: _____ State: _____ Zip: _____

b. ☑ **Substituted Service:** I personally gave copies of the documents checked in ③ *(a, b, or d)* to *(check one):*

☐ A competent adult (at least 18) at the **home** of, and living with the person in ① , or

☐ An adult who seems to be in charge where the person in ① usually **works**, or

☑ An adult who seems to be in charge where the person in ① usually **receives mail**, or has a private post office box (not a U.S. Post Office box), if there is no known physical address for the person in ①.

I told that adult, "Please give these court papers to (name of person in ①)."

I did this on *(date):* 10/21/2011 At *(time):* 12:27 ☐ a.m. ☑ p.m.

At this address: 2115 North Broadway

City: Santa Ana State: CA Zip: 9270

Name or description of the person I gave the papers to: Re'anna Armstrong

After serving the court papers, I put copies of the documents listed in ③ in an envelope, sealed the envelope, and put first-class prepaid postage on it. I addressed the envelope to the person in ① at the address where I left the copies.

I mailed the envelope on *(date):* 10/21/2011 from *(city, state):* Brea, CA

by leaving it *(check one):*

a. ☑ At a U.S. Postal Service mail drop, or

b. ☐ At an office or business mail drop where I know the mail is picked up every day and deposited with the U.S. Postal Service, or

c. ☐ With someone else I asked to mail the documents to the person in ①, and I have attached that person's completed Form SC-104A.

**(5)** **Server's Information**

Name: Mark D. Stouffer Phone: 714-496-7059

Address: 770 South Brea Blvd, #201

City: Brea State: CA Zip: 92821

Fee for service: $ 0.

*If you are a registered process server:*

County of registration: _____ Registration number: _____

**(6)** I declare under penalty of perjury under California state law that I am at least 18 years old and not named in this case and that the information above is true and correct.

Date: 10/21/2011

Mark D. Stouffer

*Type or print server's name* ▶ *Server signs here after serving*

EXHIBIT 2

1    BUCHALTER NEMER
     A Professional Corporation
2    JASON E. GOLDSTEIN (SBN:  207481)
     18400 Von Karman Avenue, Suite 800
3    Irvine, CA  92612-0514
     Telephone: (949) 760-1121
4    Facsimile: (949) 720-0182
     Email:  jgoldstein@buchalter.com
5
     Attorneys for Defendant
6    SCHOOLSFIRST FEDERAL CREDIT UNION

7

8                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                            **COUNTY OF ORANGE**

10

11   WARREN LAROSE, III,                   | CASE NO. 30-2011-00517166-SC-SC-NJC

12              Plaintiff,                   | Assigned to Honorable Judge
                                            | Department: Dept
13        vs.
                                            | **NOTICE TO STATE COURT AND**
14   SCHOOLSFIRST FEDERAL CREDIT           | **ADVERSE PARTY OF REMOVAL OF**
     UNION,                                 | **CIVIL ACTION TO UNITED STATES**
15                                          | **DISTRICT COURT UNDER 28 USC**
              Defendant.                     | **SECTION 1441 FEDERAL QUESTION**
16                                          | **JURISDICTION**

17

18         **TO THE ORANGE COUNTY SUPERIOR COURT, PLAINTIFF WARREN**

     **LAROSE, III AND ALL OTHER INTERESTED PARTIES:**
19
           **PLEASE TAKE NOTICE** that on November 3, 2011, notice of removal of this
20
     action was filed in the United States District Court for the Central District of California, a
21
     copy of which is attached to this notice as Exhibit "A" and is served herewith.
22   DATED: November 3, 2011              Respectfully submitted,

23                                        BUCHALTER NEMER
                                          A Professional Corporation
24

25                                        By:_____

26                                           JASON E. GOLDSTEIN
                                             Attorneys for Defendant
27                                        SCHOOLSFIRST FEDERAL CREDIT
                                                     UNION
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 10381361v1                              1

**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO**
**UNITED STATES DISTRICT UNDER 28 U.S.C. § 1441 FEDERAL QUESTION JURISDICTION**

EXHIBIT 3

Orange
1275 N Berkeley Ave
Fullerton, CA 92838

SMALL CLAIMS CASE NO. 30-2011-00517166-SC-SC-N

PLAINTIFF/DEMANDANTE (Name, address, and telephone number of each):
Warren LaRose, III
537 S. Laurel Avenue
Brea, CA 92821

Telephone No.: 714-702-0627

DEFENDANT/DEMANDADO (Name, address, and telephone number of each):
SchoolsFirst Federal Credit Union
2115 N Broadway
Santa Ana, CA 92706

Telephone No.: 714-258-4000

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

## SMALL CLAIMS SUBPOENA
### FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING AND DECLARATION

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of witness, if known):
Brenda Phillips, Loan Servicing Manager, SchoolsFirst Federal Credit Union, 2115 N. Broadway, Santa Ana, CA 92706. Phone: 714-258-4000

1. **YOU ARE ORDERED TO APPEAR AS A WITNESS** in this case at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 4b below or you make an agreement with the person named in item 2 below.

> a. Date: 11/21/2011   Time: 08:30 a.m.   ☑ Dept.: N16   ☐ Div.:   ☐ Room:
> b. Address: Superior Court of California, County of Orange, 1275 N. Berkeley Ave, Fullerton, CA 92838

2. **IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:**

   a. Name of subpoenaing party: Warren LaRose, III        b. Telephone number: 714-702-0627

3. **Witness Fees:** You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 2.

### PRODUCTION OF DOCUMENTS AND THINGS
(Complete item 4 only if you want the witness to produce documents and things at the trial or hearing.)

4. YOU ARE (item a or b must be checked):

   a. ☐ Ordered to appear in person and to produce the records described in the declaration on page two. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

   b. ☑ Not required to appear in person if you produce (i) the records described in the declaration on page two and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.

5. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued:

OCT 2 4 2011

ALAN CARLSON
Clerk, by _____, Deputy
                                    J. VAZQUEZ

(See reverse for declaration in support of subpoena)

Form Adopted for Mandatory Use
Judicial Council of California
SC-107 [Rev. January 1, 2000]

**SMALL CLAIMS SUBPOENA
AND DECLARATION**

Page one of three
Code of Civil Procedure,
§ 1985 et seq.

# DECLARATION IN SUPPORT OF
## SMALL CLAIMS SUBPOENA FOR PERSONAL APPEARANCE
## AND PRODUCTION OF DOCUMENT AND THINGS AT TRIAL OR HEARING
### (Code Civil Procedure sections 1985, 1987.5)

1. I, the undersigned, declare I am the [✓] plaintiff  [ ] defendant  [ ] judgment creditor
   [ ] other *(specify):*                                           in the above entitled action.

2. The witness has possession or control of the following documents or other things and shall produce them at the time and place
   specified on the *Small Claims Subpoena* on the first page of this form.

   a. [✓] For trial or hearing *(specify the exact documents or other things to be produced by the witness):*

   All account notes & collection notes & origination notes & all computer screenshots for all pages (handwritten
   & paper & electronic & otherwise) from Cenlar, FSB loan servicing system, the Harland Financial Solutions /
   GreatDocs system, Lender Processing Services, Inc system, the Prime Alliance Solutions, Inc system, and the
   SFFCU servicing system for the accounts of Warren LaRose, III: #0000178013-ID 83; #0026291856

   [ ] Continued on Attachment 2a.

   b. After trial to enforce a judgment *(specify the exact documents or other things to be produced by the party who is the
   judgment debtor or other witness possessing records relating to the judgment debtor):*

   (1) [ ] Payroll receipts, stubs, and other records concerning employment of the party. Receipts, invoices, documents,
   and other papers or records concerning any and all accounts receivable of the party.

   (2) [ ] Bank account statements, canceled checks, and check registers from any and all bank accounts in which the party
   has an interest.

   (3) [ ] Savings account passbooks and statements, savings and loan account passbooks and statements, and credit
   union share account passbooks and statements of the party.

   (4) [ ] Stock certificates, bonds, money market certificates, and any other records, documents, or papers concerning all
   investments of the party.

   (5) [ ] California registration certificates and ownership certificates for all vehicles registered to the party.

   (6) [ ] Deeds to any and all real property owned or being purchased by the party.

   (7) [ ] Other *(specify):*

3. Good cause exists for the production of the documents or other things described in paragraph 2 for the following reasons:

   The alleged conversion/misapplication of the monies legally due plaintiff were allegedly committed by a
   representative of SFFCU. The documentation requested in paragraph 2 was produced in or on the software
   (systems) utilized by SFFCU on the accounts referenced in paragraph 2; by obtaining this documentation,
   plaintiff may be able to create an audit trail as to by whom & how plaintiff's funds were allegedly converted.

   [ ] Continued on Attachment 3.

4. These documents are material to the issues involved in this case for the following reasons:

   The alleged conversion/misapplication of the monies legally due plaintiff were allegedly committed by a
   representative of SFFCU. The documentation requested in paragraph 2 was produced in or on the software
   (systems) utilized by SFFCU on the accounts referenced in paragraph 2; by obtaining this documentation,
   plaintiff may be able to create an audit trail as to by whom & how plaintiff's funds were allegedly converted.

   [ ] Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2011

................................................
          Warren LaRose, III
          (TYPE OR PRINT NAME)

▶ _____
                                    (SIGNATURE OF PARTY)

(See proof of service on page three)

## PROOF OF SERVICE OF SMALL CLAIMS SUBPOENA FOR PERSONAL APPEARANCE
## AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING
## AND DECLARATION

1. I served this *Small Claims Subpoena for Personal Appearance and Production of Documents and Things at Trial or Hearing and Declaration* by personally delivering a copy to the person served as follows:

   a. Person served *(name):* Anthony Couturie, Assistant Manager

   b. Address where served: 2115 N. Broadway, Santa Ana, CA 92706

   c. Date of delivery: 10/24/2011

   d. Time of delivery: 1:33 p.m.

   e. Witness fees *(check one):*
      (1) ☐ were offered or demanded
         and paid. Amount: . . . . . $ _____
      (2) ☑ were not demanded or paid.

   f. Fee for service: . . . . . . . . . . . . . . $ 0.00 _____

2. I received this subpoena for service on *(date):* 10/24/2011

3. Person serving:
   a. ☑ Not a registered California process server.
   b. ☐ California sheriff, marshal, or constable.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business & Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business & Professions Code section 22451.
   h. Name, address, and telephone number and, if applicable, county of registration and number:

   Mark D. Stouffer
   770 South Brea Blvd, #201
   Brea, CA  92821

   Phone: 714-496-7059

| | |
|---|---|
| **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | **(For California sheriff, marshal, or constable use only) I certify** that the foregoing is true and correct. |
| Date: 10/24/2011 | Date: |
| ▶ _____ (SIGNATURE) | ▶ _____ (SIGNATURE) |

SC-107 [Rev. January 1, 2000]

**PROOF OF SERVICE OF SMALL CLAIMS SUBPOENA
FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS
AT TRIAL OF HEARING AND DECLARATION**

Page three of three

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTION 1441(B)**

on all other parties and/or their attorneys of record to this action by placing a true copy thereof in a sealed envelope as follows:

**Warren LaRose, III, pro per**
**537 S. Laurel Avenue**
**Brea, California 92821**

☒     **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on November 3, 2011. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐     **BY FACSIMILE**   I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error.  A copy of the transmission report(s) properly issued by one or more of Buchalter Nemer's three Xerox 745 WorkCenter facsimile machine [telephone number: (949) 720-0182 is made a part of this proof of service pursuant to CRC §2008.

☐     **BY OVERNIGHT DELIVERY**   On November 3, 2011, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

BUCHALTER, NEMER,
FIELDS & YOUNGER
A PROFESSIONAL CORPORATION
IRVINE

BN 9326253v1

1

PROOF OF SERVICE

1   ☐   **BY PERSONAL DELIVERY**   On November 3, 2011, I placed the above-referenced

2   envelope or package in a box or location regularly maintained at my office for our

3   messenger/courier service or I delivered the envelope or package to a courier or driver authorized

    by our messenger/courier service to receive documents.  The package was placed in a sealed

4   envelope or package designated by our messenger/courier service with delivery fees paid or

    provided for, addressed to the person(s) on whom it is to be personally served at the address(es)

5   shown above as last given by that person on any document filed in the cause.  The

    messenger/courier service was provided with instructions that the envelope or package be

6   personally served on the addressee(s) by same day delivery (C.C.P. §1011).

7   ☐   I declare under penalty of perjury under the laws of the State of California that the

8   foregoing is true and correct to the best of my knowledge.  Executed on November 3, 2011, at

9   Irvine, California.

10  ☒   I declare that I am employed in the office of a member of the bar of this court at whose

11  direction the service was made.  Executed on November 3, 2011, at Irvine, California.

12

13  _____        _____
            Laura Urias

14                                                        (Signature)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER, NEMER,
FIELDS & YOUNGER,
A PROFESSIONAL CORPORATION
IRVINE

BN 9326253v1

2

**PROOF OF SERVICE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV11- 1691 CJC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)<br>Warren LaRose, III | **DEFENDANTS**<br>SchoolsFirst Federal Credit Union |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Warren LaRose, III, pro per<br>537 S. Laurel Avenue<br>Brea, California 92821<br>(714) 702-0627 | Attorneys (If Known)<br>Jason E. Goldstein (SBN: 207481)<br>Buchalter Nemer<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>(949) 760-1121 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☑ **MONEY DEMANDED IN COMPLAINT: $** 3,407.93

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1692 Plaintiff claims there were violations of the Fair Debt Collection Practices Act. Defendant denies these allegations.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:** Case Number: **SACV11-01691 CJC (ANx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date  November 3, 2011

Jason E. Goldstein

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com

# PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California  92612-0514.

On the date set forth below, I served the foregoing document described as:

**CIVIL COVER SHEET**

on all other parties and/or their attorneys of record to this action by placing a true copy thereof in a sealed envelope as follows:

> **Warren LaRose, III, pro per**
> **537 S. Laurel Avenue**
> **Brea, California 92821**

☒   **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on November 3, 2011.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐   **BY FACSIMILE**   I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error.   A copy of the transmission report(s) properly issued by one or more of Buchalter Nemer's three Xerox 745 WorkCenter facsimile machine [telephone number: (949) 720-0182 is made a part of this proof of service pursuant to CRC §2008.

☐   **BY OVERNIGHT DELIVERY**   On November 3, 2011, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

BN 9326253v1

BUCHALTER, NEMER,
FIELDS & YOUNGER
A PROFESSIONAL CORPORATION

1 ☐ **BY PERSONAL DELIVERY** On November 3, 2011, I placed the above-referenced
2 envelope or package in a box or location regularly maintained at my office for our
messenger/courier service or I delivered the envelope or package to a courier or driver authorized
3 by our messenger/courier service to receive documents. The package was placed in a sealed
envelope or package designated by our messenger/courier service with delivery fees paid or
4 provided for, addressed to the person(s) on whom it is to be personally served at the address(es)
shown above as last given by that person on any document filed in the cause. The
5 messenger/courier service was provided with instructions that the envelope or package be
6 personally served on the addressee(s) by same day delivery (C.C.P. §1011).

7 ☐ I declare under penalty of perjury under the laws of the State of California that the
8 foregoing is true and correct to the best of my knowledge. Executed on November 3, 2011, at
9 Irvine, California.

10 ☒ I declare that I am employed in the office of a member of the bar of this court at whose
11 direction the service was made. Executed on November 3, 2011, at Irvine, California.

12
13 _____     _____
         Laura Urias                              (Signature)
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER, NEMER,
FIELDS & YOUNGER
A PROFESSIONAL CORPORATION
IRVINE

BN 9326253v1                    2

**PROOF OF SERVICE**