1  BUCHALTER NEMER
   A Professional Corporation
2  JASON E. GOLDSTEIN (SBN: 207481)
   18400 Von Karman Avenue, Suite 800
3  Irvine, CA 92612-0514
   Telephone: (949) 760-1121
4  Facsimile: (949) 720-0182
   Email: jgoldstein@buchalter.com
5
   Attorneys for Defendants
6  SCHOOLSFIRST FEDERAL CREDIT UNION,
   OCTFCU MORTGAGE CO., LLC, BUCHALTER
7  NEMER and JASON E. GOLDSTEIN

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| WARREN LAROSE, III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCHOOLSFIRST FEDERAL CREDIT UNION,<br><br>　　　　Defendant. | Case No. SACV11-01691-CJC(ANx) consolidated with SACV11-01827-CJC(ANx) and Case No. SACV11-01988-CJC(ANx)<br><br>Honorable Cormac J. Carney<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS SCHOOLS FIRST FEDERAL CREDIT UNION, OCTFCU MORTGAGE CO., LLC, BUCHALTER NEMER AND JASON E. GOLDSTEIN AND AGAINST PLAINTIFF WARREN LAROSE, III** |
| WARREN LAROSE, III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCHOOLSFIRST FEDERAL CREDIT UNION, JASON E. GOLDSTEIN and BUCHALTER NEMER,<br><br>　　　　Defendants. | |
| **CAPTION CONTINUES ON NEXT PAGE** | |

BN 12357994V1                     1

JUDGMENT

WARREN LAROSE, III,

    Plaintiff,

vs.

SCHOOLSFIRST FEDERAL CREDIT UNION, OCTFCU MORTGAGE CO., LLC, BUCHALTER NEMER and JASON E. GOLDSTEIN

    Defendants.

The Motion of Defendants SchoolsFirst Federal Credit Union, OCTFCU Mortgage Co., LLC, Buchalter Nemer and Jason E. Goldstein for Summary Judgment, or in the alternative, Partial Summary Judgment Motion against Plaintiff Warren LaRose, III having been granted, in its entirety,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendants SchoolsFirst Federal Credit Union, OCTFCU Mortgage Co., LLC, Buchalter Nemer and Jason E. Goldstein and against Plaintiff Warren LaRose, III in this consolidated action. SchoolsFirst Federal Credit Union, OCTFCU Mortgage Co., LLC, Buchalter Nemer and Jason E. Goldstein shall recover their costs of suit from Plaintiff Warren LaRose, III pursuant to a bill of costs.

**IT IS SO ORDERED**.

DATED: 10/24/13

                              CORMAC J. CARNEY, JUDGE OF THE UNITED STATES DISTRICT COURT